AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

Thomas F. Reilly, Attorney General of Commonwealth of Massachusetts, Plaintiff,

V.

U.S. Environmental Protection Agency; Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 - 10450 RCL**

TO: (Name and address of Defendant)

Stephen L. Johnson
Acting Administrator
Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William L. Pardee
Assistant Attorney General
Commonwealth of Massachusetts
Environmental Protection Division
1 Ashburton Place, Rm 1813
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within    60    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE    3-10-05

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3/24/2005 |
| NAME OF SERVER (PRINT) WILLIAM L PARDEE | TITLE Ass't Att'y Gen'l |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Certified first class mail, per FRCP 4(i) (Return receipts attached)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/2005         *William L. Pardee*
　　　　　　　Date　　　　　　　Signature of Server

　　　　　　　　1 Ashburton Pl Boston, MA 02108
　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Return Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Hon. Alberto R. Gonzales
   Attorney General
   Department of Justice
   950 Pennsylvania Ave NW
   Washington DC 20530-0001
   Attn: Civil Process Clerk

2. Article Number: 7000 0600 0029 0776 8796

PS Form 3811, August 2001   Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X [signature]   ☐ Agent  ☐ Addressee
- B. Received by (Printed Name)
- C. Date of Delivery: MAR 17 2005
- D. Is delivery address different from item 1? ☐ Yes  ☐ No
- 3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee)  ☐ Yes

**Return Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Stephen L. Johnson
   Acting Administrator
   US Environmental Prot Agency
   Ariel Rios Building
   1200 Pennsylvania Ave, NW
   Washington DC 20460

2. Article Number: 7000 0600 0029 0776 8277

PS Form 3811, August 2001   Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X [signature]   ☐ Agent  ☐ Addressee
- B. Received by (Printed Name)
- C. Date of Delivery: 3/17/05
- D. Is delivery address different from item 1? ☐ Yes  ☐ No
- 3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee)  ☐ Yes

**Return Receipt 3:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Michael J. Sullivan
   US Attorney
   US Courthouse Ste 9200
   1 Courthouse Way
   Boston MA 02210
   Attn: Civil Process Clerk

2. Article Number: 7000 0600 0029 0776 8789

PS Form 3811, August 2001   Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X [signature]   ☐ Agent  ☐ Addressee
- B. Received by (Printed Name)
- C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes  ☐ No
- 3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee)  ☐ Yes