UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THOMAS F. REILLY, Attorney General of the Commonwealth of Massachusetts, | ) ) ) ) | Civil Action No. 05-10450 RCL |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for the defendant, the United States Environmental Protection Agency.

                                                     Respectfully submitted,

                                                     MICHAEL J. SULLIVAN
                                                     United States Attorney

                                          By: /s/ Mark T. Quinlivan
                                            MARK T. QUINLIVAN
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            John Joseph Moakley U.S. Courthouse
                                            One Courthouse Way, Suite 9200
                                            Boston, MA 02210
                                            617-748-3606

Dated: April 7, 2005