UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS F. REILLY, Attorney General of the Commonwealth of Massachusetts,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | CIVIL ACTION NO. 05-10450-RCL |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

We hereby certify that counsel for the Plaintiff has conferred with the Plaintiff's representative pursuant to Local Rule 16.1(D)(3) with a view to establishing a budget for the costs of conducting the full course and alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

/s/ William L. Pardee
William L. Pardee
Assistant Attorney General
Counsel to the Plaintiff

/s/ James R. Milkey
James R. Milkey
Assistant Attorney General
Representative for the Plaintiff

June 13, 2005