UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS F. REILLY, Attorney General of the Commonwealth of Massachusetts,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Civil Action No. 05-10450 RCL |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that undersigned counsel for the defendant United States Environmental Protection Agency and an authorized representative of defendant United States Environmental Protection Agency have conferred regarding the matters described in Local Rule 16.1(D)(3)(a) and (b).


 /s/ Alan D. Margolis
Alan D. Margolis
Attorney-Advisor
Office of General Counsel
Environmental Protection Agency

 /s/ Mark T. Quinlivan
Mark T. Quinlivan
Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3606

Dated:  June 14, 2005