**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| THOMAS F. REILLY, Attorney General of the Commonwealth of Massachusetts, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-10450 RBC |
| Plaintiff, | | |
| v. | | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | | |
| Defendant. | | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE**
**OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant, the United States Environmental Protection Agency, hereby moves for an extension of time of two week, or until October 13, 2005, in which to file an opposition to plaintiff's cross-motion for summary judgment. In support thereof, defendant states that it is currently determining whether it is necessary to submit a supplemental declaration regarding the issues raised in plaintiff's cross-motion for summary judgment, which has required inter-agency consultations that have not yet been concluded. Counsel for the plaintiff, William L. Pardee, Assistant Attorney General, has graciously indicated that he would assent to this motion.

WHEREFORE, defendant respectfully requests that this Court grant it an additional two weeks, or until October 13, 2005, in which to file an opposition to plaintiff's cross-motion for summary judgment.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ Mark T. Quinlivan
        MARK T. QUINLIVAN
        Assistant U.S. Attorney
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        617-748-3606

Dated: September 29, 2005

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

     Pursuant to Local Rule 7.1(a)(2), I certify that, on this date, I consulted with William L. Pardee, Assistant Attorney General, regarding this motion, and that Mr. Pardee graciously indicated that plaintiff would assent to this motion.
.

        /s/ Mark T. Quinlivan
        MARK T. QUINLIVAN
        Assistant United States Attorney