UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS F. REILLY, Attorney General of the Commonwealth of Massachusetts, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES ENVIRONMENTAL ) PROTECTION AGENCY, ) ) Defendant. ) ) | Civil Action No. 05-10450 RBC |

**MOTION FOR FURTHER EXTENSION OF TIME
TO FILE OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant, the United States Environmental Protection Agency, hereby respectfully moves this Honorable Court for a further extension of time of one week, or until October 20, 2005, in which to file an opposition to plaintiff's cross-motion for summary judgment. In support thereof, defendant states that, in view of the Columbus Day and Yom Kippur holidays, an additional week is required to coordinate the Government's filing with agency counsel at the Environmental Protection Agency. This is the defendant's second motion for extension of time; on October 3, 2005, this Court granted defendant's initial motion for an extension of time of two weeks in which to file an opposition to plaintiff's cross-motion for summary judgment, from September 29, 2005, up to and including October 13, 2005. .

WHEREFORE, defendant respectfully requests that this Court grant it an additional week, or until October 20, 2005, to file an opposition to plaintiff's cross-motion for summary judgment.

        Respectfully submitted,

        MICHAEL J. SULIVAN
        United States Attorney

By: /s/ Mark T. Quinlivan
        MARK T. QUINLIVAN
        Assistant U.S. Attorney
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way; Suite 9200
        Boston, MA 02210
        (617) 748-3606
        mark.quinlivan@usdoj.gov

Dated: October 13, 2005

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I hereby certify that, on this date, I left a voice-mail message with William L. Pardee, Assistant Attorney General, regarding this motion. As of 5:00 p.m. today, I had not received a response from Mr. Pardee.

        /s/ Mark T. Quinlivan
        MARK T. QUINLIVAN