UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS F. REILLY, Attorney General of the Commonwealth of Massachusetts, <br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | )<br>)<br>)   Civil Action No. 05-10450 RBC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF PLAINTIFF'S ASSENT TO
MOTION FOR FURTHER EXTENSION OF TIME
TO FILE OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant, the United States Environmental Protection Agency, hereby provides notice to the Court that counsel for the plaintiff, William L. Pardee, Assistant Attorney General, has graciously given plaintiff's assent to defendant's Motion for Further Extension of Time to File Opposition to Cross-Motion for Summary Judgment, which was filed on October 13, 2005. Assistant Attorney General Pardee gave his assent to defendant's motion in a telephone conversation with undersigned counsel on this date, October 17, 2005.

                                                   Respectfully submitted,

                                                   MICHAEL J. SULLIVAN
                                                   United States Attorney

                      By:  /s/ Mark T. Quinlivan
                           MARK T. QUINLIVAN
                           Assistant U.S. Attorney
                           John Joseph Moakley U.S. Courthouse
                           1 Courthouse Way, Suite 9200
                           Boston, MA 02210
                           617-748-3606

Dated: October 17, 2005