UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS F. REILLY, Attorney General of the Commonwealth of Massachusetts,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Civil Action No. 05-10450 RBC |

**JOINT STATUS REPORT**

Plaintiff, Thomas F. Reilly, Attorney General of the Commonwealth of Massachusetts, and defendant, the United States Environmental Protection Agency, hereby submit this Joint Status Report.

1. On April 13, 2006, this Court entered an Opinion which provided that the final judgment in this case shall provide that Documents 115 and 116 be produced pursuant to the plaintiff's Freedom of Information Act ("FOIA") request, and pretermitting further action on the plaintiff's FOIA request pending further consideration by the defendant of its position with respect to the remaining requested documents. This Court further directed the parties to confer and to file a joint status report on or before the close of business on this date, May 1, 2006, indicating what issues, if any, remain for decision by the Court.

2. Undersigned counsel for the parties have conferred and have agreed to a schedule to propose to the Court whereby the defendant will provide the plaintiff with a supplemental <u>Vaughn</u> index on or before May 22, 2006, regarding the remaining withheld documents (<u>i.e.</u>, documents

which defendant has withheld other than the IPM runs, which are Documents 115 and 116), with the exception of Document 114 (the withholding of which is not challenged by the plaintiff); and the parties thereafter will confer and will provide the Court with a further Joint Status Report on or before June 2, 2006, indicating what issues, if any, remain for decision by the Court. The parties anticipate that this schedule will narrow the issues, if any, that remain to be resolved by the Court.

WHEREFORE, the parties hereby request that the Court enter the following schedule:

1. On or before May 22, 2006, defendant shall provide plaintiff with a supplemental <u>Vaughn</u> index regarding the remaining requested documents, with the exception of Document 114;

2. On or before June 2, 2006, the parties will confer and will provide the Court with a further Joint Status Report indicating what issues, if any, remain for decision by the Court.

Respectfully submitted:

For The Plaintiff,                                          For The Defendant,

/s/ William L. Pardee                                  /s/ Mark T. Quinlivan
WILLIAM L. PARDEE, BBO #389070      MARK T. QUINLIVAN
Assistant Attorney General                         Assistant U.S. Attorney
Environmental Protection Division             John Joseph Moakley U.S. Courthouse
Office of the Attorney General                    One Courthouse Way, Suite 9200
One Ashburton Place – Rm. 1813              Boston, MA  02210
Boston, MA 02108                                       (617) 748-3606
(617) 727-2200, ext. 2419