UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS F. REILLY, Attorney General of the Commonwealth of Massachusetts, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, </br></br> Defendant. | CIVIL ACTION NO. 05-10450 RBC |

**JOINT STATUS REPORT**

Plaintiff, Thomas F. Reilly, Attorney General of the Commonwealth of Massachusetts, and defendant, the United States Environmental Protection Agency, hereby submit this Joint Status Report.

1.  On April 13, 2006, this Court entered an Opinion which provided that the final judgment in this case shall provide that Documents 115 and 116 be produced pursuant to the plaintiff's Freedom of Information Act ("FOIA") request, and pretermitting further action on the plaintiff's FOIA request pending further consideration by the defendant of its position with respect to the remaining requested documents. This Court further directed the parties to confer and to file a joint status report on or before the close of business on this date, May 1, 2006, indicating what issues, if any, remain for decision by the Court.

1

2. On May 1, 2006, proposed a schedule whereby the defendant would provide the plaintiff with a supplemental Vaughn index on or before May 22, 2006, regarding the remaining requested documents, with the exception of Document 114 (the withholding of which is not challenged by the plaintiff); and the parties thereafter will confer and will provide the Court with a further Joint Status Report on or before June 2, 2006, indicating what issues, if any, remain for decision by the Court. This Court adopted this schedule by Order dated May 9, 2006.

3. On May 22, 2006, defendant provided plaintiff with a supplemental Vaughn index.

4. The parties are exploring the possibility of resolving the remaining issues without the need for further intervention by this Court. The parties are consulting with their principals, and hope to determine within the next two weeks whether such a resolution can be achieved.

WHEREFORE, the parties hereby request that the Court enter the following schedule:

1. On or before June 30, 2006, the parties will confer and will provide the Court with a further Joint Status Report indicating what issues, if any, remain for decision by the Court.

|  |  |
|---|---|
| For The Plaintiff, | Respectfully submitted:<br>For The Defendant, |
| /s/ William L. Pardee | /s/ Mark T. Quinlivan |
| WILLIAM L. PARDEE, BBO #389070<br>Assistant Attorney General<br>Environmental Protection Division<br>Office of the Attorney General<br>One Ashburton Place – Rm. 1813<br>Boston, MA 02108<br>(617) 727-2200, ext. 2419 | MARK T. QUINLIVAN<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3606 |