UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS F. REILLY, Attorney General of the Commonwealth of Massachusetts,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | )<br>)<br>)   Civil Action No. 05-10450 RBC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Plaintiff, Thomas F. Reilly, Attorney General of the Commonwealth of Massachusetts, and defendant, the United States Environmental Protection Agency, hereby submit this Joint Status Report.

1. On April 13, 2006, this Court entered an Opinion which provided that the final judgment in this case shall provide that Documents 115 and 116 be produced pursuant to the plaintiff's Freedom of Information Act ("FOIA") request, and pretermitting further action on the plaintiff's FOIA request pending further consideration by the defendant of its position with respect to the remaining requested documents. This Court further directed the parties to confer and to file a joint status report on or before the close of business on this date, May 1, 2006, indicating what issues, if any, remain for decision by the Court.

2. On May 1, 2006, proposed a schedule whereby the defendant would provide the plaintiff with a supplemental <u>Vaughn</u> index on or before May 22, 2006, regarding the remaining requested documents, with the exception of Document 114 (the withholding of which is not challenged by the

plaintiff); and the parties thereafter will confer and will provide the Court with a further Joint Status Report on or before June 2, 2006, indicating what issues, if any, remain for decision by the Court. This Court adopted this schedule by Order dated May 9, 2006.

 3. On May 22, 2006, defendant provided plaintiff with a supplemental <u>Vaughn</u> index.

 4. The parties have since been exploring the possibility of resolving the remaining issues without the need for further intervention by this Court, and anticipated reaching a final decision this week. However, due to flooding in Washington, D.C., the offices of the General Counsel of the Environmental Protection Agency have been closed for the entirety of this week, and it is unclear at this time when those offices will be reopening. Consequently, the parties request an additional two weeks to complete settlement discussions. The parties will provide the Court with a further joint status report within 14 days to report on the status of those discussions.

 WHEREFORE, the parties hereby request that the Court enter the following schedule:

 1. On or before July 14, 2006, the parties will confer and will provide the Court with a further Joint Status Report indicating what issues, if any, remain for decision by the Court.

        Respectfully submitted:

For The Plaintiff,       For The Defendant,


/s/ William L. Pardee     /s/ Mark T. Quinlivan
WILLIAM L. PARDEE, BBO #389070 MARK T. QUINLIVAN
Assistant Attorney General    Assistant U.S. Attorney
Environmental Protection Division  John Joseph Moakley U.S. Courthouse
Office of the Attorney General   One Courthouse Way, Suite 9200
One Ashburton Place – Rm. 1813  Boston, MA 02210
Boston, MA 02108      (617) 748-3606
(617) 727-2200, ext. 2419

Dated: June 30, 2006