UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS F. REILLY, Attorney General of the Commonwealth of Massachusetts,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Civil Action No. 05-10450 RBC |

**JOINT STATUS REPORT**

Plaintiff, Thomas F. Reilly, Attorney General of the Commonwealth of Massachusetts, and defendant, the United States Environmental Protection Agency, hereby submit this Joint Status Report.

1. Since the date of the last Joint Status Report, the parties have reached an agreement in principle to resolve this matter without further intervention from the Court, and have obtained oral approval from their principals. The parties will be exchanging language to formalize the agreement and, once that written language is finalized, will obtain final approval from their principals and so inform the Court. The parties are hopeful that this process can be completed within 30 days.

WHEREFORE, the parties hereby request that the Court enter the following schedule:

1. On or before August 25, 2006, the parties will confer and will provide the Court with a further Joint Status Report reporting whether the agreement in principle reached by the parties has been finalized. .

|  | Respectfully submitted: |
|---|---|
| For The Plaintiff, | For The Defendant, |
| /s/ William L. Pardee | /s/ Mark T. Quinlivan |
| WILLIAM L. PARDEE, BBO #389070 | MARK T. QUINLIVAN |
| Assistant Attorney General | Assistant U.S. Attorney |
| Environmental Protection Division | John Joseph Moakley U.S. Courthouse |
| Office of the Attorney General | One Courthouse Way, Suite 9200 |
| One Ashburton Place – Rm. 1813 | Boston, MA 02210 |
| Boston, MA 02108 | (617) 748-3606 |
| (617) 727-2200, ext. 2419 |  |

Dated: July 21, 2006