UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| THOMAS F. REILLY, Attorney General of the Commonwealth of Massachusetts, | ) ) ) | Civil Action No. 05-10450 RBC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

Plaintiff, Thomas F. Reilly, Attorney General of the Commonwealth of Massachusetts, and defendant, the United States Environmental Protection Agency, hereby submit this Joint Status Report.

1   As set forth in the parties' most recent Joint Status Report, the parties have reached an agreement-in-principle to resolve this matter without further intervention from the Court.  The parties have not made substantial progress since the last status report due primarily to the vacation schedules of primary counsel  The parties are, however, currently in the process of memorializing their agreement-in-principle in writing.  Once the parties reach an agreement-in-principle on the terms of the settlement document, defendant intends to seek formal approval of the settlement from the appropriate officials at the United States Environmental Protection Agency ("EPA") and the United States Attorney's Office ("USAO").  The parties request that the Court enter an Order directing the parties to file a joint status report every 30 days, updating the Court as to the status of the settlement process, with the next report being due September 26, 2006.

WHEREFORE, the parties hereby request that the Court enter the following schedule:

1. On or before September 26, 2006, and at 30 day intervals thereafter, the parties will confer and ~~will~~ provide the Court with a further Joint Status Report reporting on the status of the settlement process.

                                                Respectfully submitted:

| For The Plaintiff, | For The Defendant, |
|---|---|
| /s/ William L. Pardee | /s/ Mark T. Quinlivan |
| WILLIAM L. PARDEE, BBO #389070 | MARK T. QUINLIVAN |
| Assistant Attorney General | Assistant U.S. Attorney |
| Environmental Protection Division | John Joseph Moakley U.S. Courthouse |
| Office of the Attorney General | One Courthouse Way, Suite 9200 |
| One Ashburton Place – Rm. 1813 | Boston, MA  02210 |
| Boston, MA 02108 | (617) 748-3606 |
| (617) 727-2200, ext. 2419 | |

Dated: August 25, 2006