UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THOMAS F. REILLY, Attorney General of the Commonwealth of Massachusetts, | ) ) ) ) | Civil Action No. 05-10450 RBC |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) |  |
| Defendant. | ) ) |  |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to the dismissal of this action, the parties having resolved their differences.

Respectfully submitted:

| For The Plaintiff, | For The Defendant, |
|---|---|
| /s/ William L. Pardee | /s/ Mark T. Quinlivan |
| WILLIAM L. PARDEE, BBO #389070 | MARK T. QUINLIVAN |
| Assistant Attorney General | Assistant U.S. Attorney |
| Environmental Protection Division | John Joseph Moakley U.S. Courthouse |
| Office of the Attorney General | One Courthouse Way, Suite 9200 |
| One Ashburton Place – Rm. 1813 | Boston, MA 02210 |
| Boston, MA 02108 | (617) 748-3606 |
| (617) 727-2200, ext. 2419 |  |

Dated: September 26, 2006